JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JEAN CRUMP, | ) | No. CV 14-09695-PSG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN JOHNSON, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order Dismissing Petition for a Writ of Habeas Corpus by a Person in Federal Custody Pursuant to 28 U.S.C. § 2241,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed.

DATED: December 23, 2014

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE